JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA GARVER, | Case no. 5:13-cv-00433-JGB-SP |
| Plaintiff, | **ORDER** |
| vs. | |
| PREMIERE CREDIT OF NORTH AMERICA, LLC; and DOES 1 to 10, inclusive, | |
| Defendant. | |

Defendant Premiere Credit of North America, LLC is hereby dismissed from the above-entitled lawsuit, with prejudice, pursuant to FRCP 41(a)(1)(ii).

**IT IS SO ORDERED.** JS-6

DATED: August 20, 2013

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

07465.00/196597

1

ORDER
5:13-cv-00433-JGB-SP